PRG.15344

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **CORY ANDERS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:22-cv-862** |
| | § | **JURY** |
| **GRIND TRUCKING, LLC, PENSKE** | § | |
| **TRUCK LEASING CO., L.P., and** | § | |
| **GREGORY GEORGE HILLS,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT GRIND TRUCKING, LLC'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **GRIND TRUCKING, LLC** (hereinafter referred to as "Grind Trucking"), in the above entitled and numbered cause, and file this its Notice of Removal of the above-captioned case. Removal is based on 28 U.S.C. § 1332 (diversity jurisdiction) and is authorized by 28 U.S.C. §§ 1441 and 1446.

### I.    BACKGROUND

1.  On September 6, 2022, Plaintiff Cory Anders filed Plaintiff's Original Petition, TRE 609(F) Notice, and Rule 193.7 Notice against Grind Trucking, LLC, Penske Truck Leasing Co., L.P., and Gregory George Hills, in the 62nd Judicial District, Hopkins County, Texas, Cause No. CV45134, alleging negligence against all Defendants.

2.  Plaintiff, Cory Anders is a citizen of the State of Texas.

3.  Defendant, Grind Trucking LLC ("Grind") is a Maryland limited liability company with its corporate office and principal place of business in Baltimore, Maryland.  The only

member of Grind is Michael Horsey who is an individual domiciled in the State of Maryland.

4. Defendant, Penske Truck Leasing Co., L.P. ("Penske") is a Delaware limited partnership, with its principal place of business in Reading, Pennsylvania. Penske's partners are Penske Corporation, Penske Automotive Group, Inc., and Mitsui & Co.

   a. Penske Corporation is a Delaware Corporation, with its corporate office and principle place of business in Bloomfield Township, Michigan.

   b. Penske Automotive Group, Inc. is a Delaware Corporation, with its corporate office and principle place of business in Bloomfield Hills, Michigan.

   c. Mitsui & Co. is a foreign corporation headquartered in Tokyo, Japan.

5. Defendant, Gregory George Hills ("Hills") is a domiciled in the State of Georgia.

6. Plaintiff's Original Petition, filed contemporaneously herewith, states that the amount of damages sought is over $1,000,000.  (See Paragraph 22 of Plaintiff's Petition.)

7. Defendant Grind has been served and answered in State Court.  Defendant Penske has been served but has not answered at this time.  Defendant Hills has not been served.

## II.   BASIS FOR REMOVAL

8. Removal is proper under 28 U.S.C. § 1332(a) because Plaintiff's suit is a civil action in which this Court has original jurisdiction over the parties, based upon diversity jurisdiction under 28 U.S.C. § 1332. This action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because Plaintiff is a citizen of the State of Texas, Defendant Grind is a Maryland limited liabiliy company whose sole member is domiciled

in Maryland. Defendant Penske is a Delaware limited partnership, with its principal office located in the State of Pennsylvania with its partners are domiciled in Deleware, Michigan and Japan. Defendant Hills is a citizen of the State of Georgia. Additionally, the amount in controversy exceeds $75,000.

**A.  Complete Diversity Exists.**

9.   As this Court is aware, for diversity purposes, a person is considered a citizen of the state where that person is domiciled. Plaintiff is a person and domiciled in the State of Texas. Grind is not domiciled in the State of Texas, but in Maryland.  Defendant Penske Truck Leasing Co., L.P. is domiciled in Deleware, Michigan and Japan. Defendant Gregory George Hills is domiciled in the State of Georgia.

10.  Because the Plaintiff, Defendant Grind Trucking, LLC, Defendant Penske Truck Leasing Co., L.P., and Defendant Gregory George Hills, do not share citizenship in any state, removal is proper on diversity grounds.

11.  All Defendants are now, and were at the time of the removed action was commenced, diverse in citizenship from the Plaintiff. 28 U.S.C. § 1332.

**B.  The Amount in Controversy Exceeds $75,000.**

12.  As previously stated, Plaintiff filed his Original Petition on September 6, 2022. Plaintiff identified the amount in controversy to be over $1,000,000.

13.  Accordingly, Plaintiff seeks damages beyond the threshold amount of $75,000, establishing an amount in controversy of over $1,000,000.

14.  Accordingly, because this notice of removal has been filed within the time available after Plaintiff provided his Original Petition, providing his claim for relief, this removal is proper and timely under 28 U.S.C. § 1446(b)(3).

15. The United States District Court for the Eastern District of Texas, Sherman Divison, embraces Hopkins County, Texas, the place where the state court action was filed and is pending.

16. The live pleadings before the state court are Plaintiff's Original Petition, Defendant Grind Trucking, LLC's Original Answer. No other motions are pending before the state court.

17. All pleadings, process, orders served upon Defendants in the state court action are attached to this Notice as Exhibit "A," as required by 28 U.S.C. § 1446(a).

18. Defendant Grind Trucking, LLC hereby demands a trial by jury in accordance with the provisions of FED. R. CIV. P. 38.

19. Defendants Penske and Hills have not answered in state court as of the filing of this removal.  However, on information and believe all Defendants consent to removal.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Grind Trucking, LLC respectfully requests that this action be immediately and entirely removed upon filing of this Notice of Removal to the United States District Court for the Eastern District of Texas, Sherman Division, and for such other and further relief to which it may show itself to be justly entitled in equity or law.

Respectfully submitted,

**FEE, SMITH & SHARP LLP**

/s/ *Michael P. Sharp*

_____

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**ADAM J. STRANGE**
State Bar No. 24090763
astrange@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972-980-3293
972-934-9200 [Fax]

**ATTORNEYS FOR DEFENDANT
GRIND TRUCKING, LLC**

**CERTIFICATE OF SERVICE**

       In accordance with the Federal Rules of Civil Procedure, I hereby certify that on October 7, 2022, a true and correct copy the foregoing instrument was served on the following counsel of record authorized by Federal Rule of Civil Procedure 5(b)(2):

*Via E-Service*
**Donald H. Kidd**
**Adam J. Blake**
Perdue & Kidd
777 Post Oak Blvd., Suite 450
Houston, TX  77056
dkidd@perdueandkidd.com
ablake@perdueandkidd.com
*Attorneys for Plaintiff*

                  /s/ *Michael P. Sharp*_____
                  **MICHAEL P. SHARP**

PRG.15344

**CAUSE NO. CV45134**

| | | |
|---|---|---|
| **CORY ANDERS,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **62nd JUDICIAL DISTRICT** |
| | § | |
| **GRIND TRUCKING, LLC, PENSKE** | § | |
| **TRUCK LEASING CO., L.P., and** | § | |
| **GREGORY GEORGE HILLS,** | § | |
| | § | |
| **Defendants.** | § | **HOPKINS COUNTY, TEXAS** |

**INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION**

TO THE UNITED STATES DISTRICT CLERK:

Pursuant to 28 U.S.C. § 1447(b), attached hereto are the following complete true and correct copies of all documents filed in the state court action:

1.  State Court's Docket Sheet
2.  Plaintiff's Original Petition (09.06.22)
3.  Affidavit of Service to Grind Trucking, LLC (served 09.09.22)
4.  Affidavit of Service to Penske Truck Leasing Co., L.P. (served 09.09.22)
5.  Return of Service to Penske Truck Leasing Co., L.P. (served 09.09.22)
6.  Letter to Clerk requesting copies of all pleadings & documents filed thus far (09.22.22)
7.  Defendant Grind Trucking's Original Answer and Jury Demand (10.03.22)

Respectfully submitted,

**FEE, SMITH & SHARP LLP**

/s/ *Michael P. Sharp*

_____

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**ADAM J. STRANGE**
State Bar No. 24090763
astrange@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972-980-3293
972-934-9200 [Fax]

**ATTORNEYS FOR DEFENDANT
GRIND TRUCKING, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on October 7, 2022, a true and correct copy the foregoing instrument was served on the following counsel of record authorized by Federal Rule of Civil Procedure 5(b)(2):

<u>*Via E-Service*</u>
**Donald H. Kidd**
**Adam J. Blake**
Perdue & Kidd
777 Post Oak Blvd., Suite 450
Houston, TX  77056
dkidd@perdueandkidd.com
ablake@perdueandkidd.com
***Attorneys for Plaintiff***

/s/ *Michael P. Sharp*
**MICHAEL P. SHARP**

```
CAS101                        DOCKET BOOK REPORT                         PAGE   1

CASE # CV45134                   COURT: 62ND JUDICIAL DISTRICT           10/06/2022
CAUSE: INJURY OR DAMAGE WITH MV
STYLE: CORY ANDERS               VS GREGORY GEORGE HILLS

                                    PLAINTIFF

NAME _____         ATTORNEY _____

ANDERS,CORY                 P                KIDD,DONALD
777 POST OAK BLVD., STE. 450                 777 POST OAK BLVD., SUITE 450
HOUSTON, TX 77056                            HOUSTON, TX 77056
   -    -                                    713-520-2500

                                    DEFENDANT

NAME _____         ATTORNEY _____

GRIND TRUCKING, LLC         D                SHARP,MICHAEL P.
351 WEST CAMDEN ST.                          THREE GALLERIA TOWER
                                             13155 NOEL ROAD, SUITE 1000
BALTIMORE, MD 21201                          DALLAS, TX 75240
   -    -                                    972-934-9100

HILLS,GREGORY GEORGE        D
722 SANDY CIRCLE
WOODSTOCK, GA 30188-6849

PENSKE TRUCK LEASING CO., L.P. D
211 EAST 7TH ST., SUITE 620
AUSTIN, TX 78701

                              _____

TRANSACTIONS FOR ALL PARTIES                           /  /    THRU   /  /

09/06/2022          PLAINTIFF'S ORIGINAL PETITION/MH                      I    8
ANDERS,CORY
09/06/2022          CHARGES ASSESSED BY EFILE                  374.00-
ANDERS,CORY         EFILE ENVELOPE ID:67973847
09/06/2022          LOCAL PAYMENT RECEIVED THRU EFILE          237.00
ANDERS,CORY         EFILE SUBMITTER ID: ACOSTA,MELISSA COURT ID: HOPKI
09/06/2022          STATE PAYMENT RECEIVED THRU EFILE          137.00
ANDERS,CORY         EFILE SUBMITTER ID: ACOSTA,MELISSA COURT ID: HOPKI
09/06/2022          ISSUED CITATION FOR GREGORY GEORGE HILLS/MH          I    1
HILLS,GREGORY GEOR
09/06/2022          ISSUED CITATION FOR GRIND TRUCKING, LLC/MH           I    1
GRIND TRUCKING, LL
09/06/2022          ISSUED CITATION FOR PENSKE TRUCK LEASING CO./MH      I    1
PENSKE TRUCK LEASI
09/06/2022          EMAILED CITATIONS TO ATTORNEY ON THIS DATE/MH        I    1
ANDERS,CORY
09/09/2022          RETURN OF SERVICE ON PENSKE TRUCK LEASING CO/        I    1
ANDERS,CORY         SERVED 09/09/2022/CF
09/15/2022          AFFIDAVIT OF SERVICE/GRIND TRUCKING LLC 9/9/22/HH    I    1
ANDERS,CORY
09/16/2022          AFFIDAVIT OF SERVICE TO PENSKE TRUCK LEASING ON      I    2
ANDERS,CORY         09/10/2022/DG
09/22/2022          LTR TO CLERK REQUESTING COPIES OF ALL PLEADINGS/DG   I    2
GRIND TRUCKING, LL
09/22/2022          CHARGES ASSESSED BY EFILE                    1.00-
GRIND TRUCKING, LL  EFILE ENVELOPE ID:68511689
```

```
CAS101                            DOCKET BOOK REPORT                          PAGE    2

CASE # CV45134                    COURT: 62ND JUDICIAL DISTRICT               10/06/2022
CAUSE: INJURY OR DAMAGE WITH MV

09/22/2022              LOCAL PAYMENT RECEIVED THRU EFILE              1.00
GRIND TRUCKING, LL      EFILE SUBMITTER ID: HAMMON,LINDA COURT ID: HOPKINS
09/22/2022              EMAILED REQUESTED DOCS TO ATTORNEY/FEE, SMITH              I      1
ANDERS,CORY             SHARP LLP/DG
10/03/2022              DEF GRIND TRUCKING, LLC ORIGINAL ANSWER/DG               I      5
GRIND TRUCKING, LL
10/03/2022              CHARGES ASSESSED BY EFILE                      10.00-
GRIND TRUCKING, LL      EFILE ENVELOPE ID:68822353
10/03/2022              LOCAL PAYMENT RECEIVED THRU EFILE              10.00
GRIND TRUCKING, LL      EFILE SUBMITTER ID: HAMMON,LINDA COURT ID: HOPKINS
```

Filed 10/6/2022 1:37 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas
Makayla Holt

CAUSE NO. <u>CV45134</u>

| | | |
|---|---|---|
| CORY ANDERS, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | |
| | § | HOPKINS COUNTY, TEXAS |
| GRIND TRUCKING, LLC, PENSKE | § | |
| TRUCK LEASING CO., L.P., and | § | |
| GREGORY GEORGE HILLS, | § | |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, TRE 609(F) NOTICE, AND RULE 193.7 NOTICE

Cory Anders, Plaintiff in the above-styled and numbered cause of action, brings this lawsuit against Defendants, Grind Trucking, LLC, Penske Truck Leasing Co., L.P. and Gregory George Hills, and in support thereof would show unto this Honorable Court the following:

### DISCOVERY CONTROL PLAN

1.       Pursuant to Texas Rule of Civil Procedure 190.4 the discovery of this case is to be conducted under a Level 3 Discovery Control Plan to be agreed upon by the parties.

### PARTIES

2.       Cory Anders is a resident citizen of Houston, Harris County, Texas. Pursuant to Texas Civil Practice & Remedies Code § 30.014, the Court and parties are hereby advised that the last three numbers of his driver license are XXXXX458 and the last three numbers of his social security number are XXX-XX-X592.

3.       Gregory George Hills is an individual resident of the State of Georgia who may be served with process at his place of residence, **722 Sandy Circle, Woodstock, Georgia 30188-6849**, or any other place where it may be found.

1

4.      Grind Trucking, LLC is a Maryland limited liability corporation that does a substantial amount of business in the State of Texas and, pursuant to the Texas Business Organizations Code Sec. 5.201, may be served with process by any method allowed by TRCP 106, including delivering, in person, or mailing by registered or certified mail, return receipt requested, a true copy of the citation and petition to its registered agent, **Business Filings International Incorporated, 351 West Camden St., Baltimore, Maryland 21201**, and/or its president at its principal office, **4611 Asbury Ave., Baltimore, Maryland 21206**.

5.      Penske Truck Leasing Co., L.P. is a Delaware limited partnership that does a substantial amount of business in the State of Texas and, pursuant to the Texas Business Organizations Code Sec. 5.201, may be served with process by any method allowed by TRCP 106, including delivering, in person, or mailing by registered or certified mail, return receipt requested, a true copy of the citation and petition to its registered agent, **Corporation Service Company d/b/a CSC-Lawyers Inc., 211 East 7th St. Suite 620, Austin, Texas 78701**, and/or its president at its principal office, **2675 Morgantown Rd., Reading, Pennsylvania 19607**.

MISNOMER, ALTER EGO, AND TRCP RULE 28 REQUEST

6.      In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

7.      To the extent that any Defendant is conducting business pursuant to a trade name or assumed name, then suit is brought against Defendants pursuant to the terms of Rule 28 of the Texas Rules of Civil Procedure, and Plaintiff demands that, upon answer to this petition, that Defendants answer in its correct legal and assumed name.

## JURISDICTION and VENUE

8.      This Court has jurisdiction in this cause since the damages to Plaintiff are within the jurisdictional limits of this Court.

9.      All or a substantial part of the events or omissions giving rise to the claim occurred in Hopkins County, Texas. Therefore, venue is proper pursuant to §15.002(a)(1) of the Texas Civil Practice & Remedies Code.

10.     Additionally, the facts show that the convenience of the parties and the witnesses and the interest of justice would be best served in Hopkins County, Texas and venue is permitted in this county pursuant to §15.002(a)(4) of the Texas Civil Practice & Remedies Code.

11.     All conditions precedent have occurred, been performed, or been waived.

12.     Nothing Plaintiff did caused or contributed to this occurrence.

## FACTS

13.     On or about June 9, 2022, Defendant Gregory George Hills was operating a tractor-trailer in Sulphur Springs, Hopkins County, Texas. At all times relevant to this lawsuit, Defendant Hills was in the course and scope of his employment with Defendants Grind Trucking and Penske Truck Leasing.

14.     Defendant Hills was attempting to exit a private drive and turn north onto Hillcrest Drive at the 1200 block.

15.     At the same time, Plaintiff's father, Robert Anders, was driving southbound at the 1200 block of Hillcrest Drive in the inside lane.

16.     As Plaintiff's father approached the private drive, Defendant Hills exited the private drive and crossed the southbound lanes of Hillcrest Drive with his tractor-trailer directly in front Plaintiff's father's vehicle.

17.    Defendant Hills' failure to yield the right of way caused Plaintiff's father's vehicle to strike the trailer near the back axle of the trailer, resulting in a violent collision which caused the death of Plaintiff's father.

CAUSE OF ACTION AGAINST DEFENDANT GREGORY GEORGE HILLS

18.    The incident made the basis of this lawsuit resulted from the improper conduct of Defendant Hills, which constitutes negligence as that term is understood in law and was a proximate cause of the occurrence and injuries and damages to Plaintiff. This Defendant's negligent actions or omissions included, but are not limited to, one or more of the following non-exclusive particulars:

   a.   failing to yield the right-of-way while exiting a private drive;
   b.   failing to keep a proper lookout;
   c.   failing to take evasive action before the crash occurred;
   d.   driving while fatigued;
   e.   driving while distracted; and/or,
   f.   failing to operate his vehicle as a person of ordinary prudence would have in the same or similar circumstance.

One, some, or all of the foregoing acts and/or omissions or others on the part of this Defendant constituted negligence and such negligence was a proximate cause of the occurrence and Plaintiff's injuries and damages.

CAUSE OF ACTION AGAINST DEFENDANT GRIND TRUCKING, LLC AND PENSKE
TRUCK LEASE CO., L.P.

19.    At all times material to this lawsuit, Defendant Hills was an employee of these Defendants and was acting within the course and scope of his employment with these Defendants. Consequently, both Defendants are vicariously liable to Plaintiff for the negligent conduct of Defendant Hills under the theory of *respondeat superior.*

20.     The independent conduct of these Defendants constitutes negligence as that term is known in law.  Such negligent acts or omission include, but are not limited to the following:

    a.  hiring and/or retaining Defendant Hills whom it knew or should have known was a reckless or incompetent driver;

    b.  entrusting a vehicle to Defendant Hills whom it knew or should have known was reckless or incompetent driver;

    c.  failing to provide adequate maintenance on the tractor-trailer;

    d.  failing to properly train Defendant Hills in the safe motor vehicle operation; and,

    e.  failing to properly supervise Defendant Hills's driving activities.

One, some, or all of the foregoing acts and/or omissions or others on the part of these Defendants constituted negligence and such negligence was a proximate cause of the occurrence and Plaintiff's injuries and damages.

## DAMAGES

21.     As a result of the Crash and the death of his father, Robert Wayne Anders, and pursuant to common law as well as the Texas Wrongful Death Act, Cory Anders suffered damages in the form or past and future:

    a.  Pecuniary loss;
    b.  Loss of companionship and society;
    c.  Loss of inheritance; and
    d.  Mental anguish.

22.     The damages sought herein are within the jurisdictional limits of the court. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff seeks monetary relief over $1,000,000.

23.     Plaintiff seeks both prejudgment and post judgment interest as allowed by law, for all costs of court, and demands judgment for all other relief, both in law and in equity, to which Plaintiff may be entitled.

RULE 193.7 NOTICE OF INTENT TO USE DOCUMENTS

24.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to each Defendant that any and all documents produced may be used against the Defendant producing the document at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

TRE 609(F) NOTICE

25.     You are hereby on notice that, pursuant to the Texas Rules of Evidence 609(f), Plaintiff intends to use any documents produced in relation to Defendants' criminal convictions as evidence at the time of trial.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that each Defendant be cited in terms of law to appear and answer herein, that upon final trial and hearing hereof, that Plaintiff recover damages in accordance with the evidence, that Plaintiff recover costs of court herein expended, that Plaintiff recover interest to which Plaintiff is justly entitled under the law, and for such other further relief, both general and special, both in law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**PERDUE & KIDD**

By: */s/ Donald H. Kidd*
Donald H. Kidd
State Bar No.  11383100
Adam J. Blake
State Bar No.  24101521
777 Post Oak Blvd., Suite 450
Houston, Texas 77056
Tel: (713) 520-2500
Fax: (713) 520-2525
Email:  dkidd@perdueandkidd.com

6

ablake@perdueandkidd.com
eservice@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melissa Acosta on behalf of Donald Kidd
Bar No. 11383100
macosta@perdueandkidd.com
Envelope ID: 67973847
Status as of 9/6/2022 1:38 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam JosephBlake | | ablake@perdueandkidd.com | 9/6/2022 12:19:56 PM | SENT |
| Donald H.Kidd | | dkidd@perdueandkidd.com | 9/6/2022 12:19:56 PM | SENT |
| Melissa Acosta | | macosta@perdueandkidd.com | 9/6/2022 12:19:56 PM | SENT |

CV45134
Filed 9/15/2022 8:46 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas
Heather Harrison

NO. CV45134

| | |
|---|---|
| CORY ANDERS | § |
| | § |
| | § |
| VS. | § IN THE 62ND JUDICIAL DISTRICT COURT OF HOPKINS |
| | § COUNTY, TEXAS |
| GRIND TRUCKING, LLC, ET AL. | § |

**AFFIDAVIT OF SERVICE**

**BEFORE ME**, the undersigned authority,   Andre S. Powell   (Process Server), personally appeared  and stated under oath as follows:

1. My name is  Andre S. Powell   (server). I am authorized to deliver Texas Legal documents under rule 108 T.R.C.P.. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is  based on personal knowledge. The facts stated herein are true and correct. My business address is:

   823 Martin Luther King, Jr. Blvd, Baltimore, MD                              (SERVERS ADDRESS)

2. ON   Sept. 9, 2022   (DATE) AT   2 : 24   ( P  )M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION, TRE 609(F) NOTICE, AND RULE 193.7 NOTICE came to hand for delivery to GRIND TRUCKING, LLC BY SERVING ITS REGISTERED AGENT, BUSINESS FILINGS INTERNATIONAL INCORPORATED

3. ON  September 9, 2022   (DATE) AT   2 : 24   ( P ) M (TIME) The above named documents were hand delivered to: GRIND TRUCKING, LLC BY SERVING ITS REGISTERED AGENT, BUSINESS FILINGS INTERNATIONAL INCORPORATED by hand delivering to:

   Rebecca Gott, Intake Specialist
   (NAME AND TITLE) a person authorized to accept service @

   2405 York Road, Suite 201, Lutherville-Timonium, MD
   (ADDRESS), in Person, in accordance to Rule 108 TRCP.

**FURTHER AFFIANT SAYETH NOT.**

   SERVER'S SIGNATURE

   Andre S. Powell
   SERVER'S PRINTED NAME

**SWORN TO AND SUBSCRIBED** before me by   Andre S. Powell   (server) appeared on this  13th  day of  September  , 2022 to attest witness my hand and seal of office.

   NOTARY PUBLIC IN AND
   FOR THE STATE OF  MARYLAND
   2022.09.68237

IDA M. MANLY
NOTARY PUBLIC
BALTIMORE CITY
MARYLAND
MY COMMISSION EXPIRES March 5, 2026

**NO. CV45134**

| | | |
|---|---|---|
| **CORY ANDERS** | § | |
| | § | |
| | § | **IN THE 62ND JUDICIAL DISTRICT COURT** |
| **VS.** | § | **OF HOPKINS COUNTY, TEXAS** |
| | § | |
| **GRIND TRUCKING, LLC, ET AL** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## AFFIDAVIT OF SERVICE

        My name is **GERARDO ATILANO.** I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY,  TX 77009, U.S.A.**

ON **Wednesday September 07, 2022 at 12:08 PM – CITATION, PLAINTIFF'S ORIGINAL PETITION, TRE 609(F) NOTICE, AND RULE 193.7 NOTICE** came to hand.

On **Saturday September 10, 2022** at **01:10 AM** - The above named documents were delivered to: **PENSKE TRUCK LEASING CO., L.P. BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS, INC. @ 211 EAST 7TH STREET, SUITE 620, AUSTIN, TX 78701**, via United States Postal Service, Return Receipt Requested.

**SEE ATTACHED USPS PRINTOUT.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                    DECLARATION

"My name is **GERARDO ATILANO,** my date of birth is 07/14/1976 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Friday September 16, 2022**

 _/s/GERARDO ATILANO                    PSC#9589 EXP. 10/31/22_
Declarant                                          Appointed in accordance with State Statutes

                                                      **2022.09.682371**

# USPS Tracking®

**FAQs**

## Track Another Package ✚

| Track Packages Anytime, Anywhere | Get the free Informed Delivery® feature to receive automated notifications on your packages | Learn More |

Remove

## Tracking Number:

9315469904300099234398

Your item has been delivered and is available at a PO Box at 1:10 pm on September 10, 2022 in AUSTIN, TX 78701.

**USPS Tracking Plus® Available**

### Delivered, PO Box

September 10, 2022 at 1:10 pm
AUSTIN, TX 78701

**Get Updates**

## Text & Email Updates

## Tracking History

## USPS Tracking Plus®

## Product Information

CV45134

Filed 9/9/2022 1:47 PM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Cheryl Fulcher

## CAUSE NUMBER: CV45134

**CORY ANDERS**
**PLAINTIFF**

**VS.**

**GRIND TRUCKING, LLC, ET AL**
**DEFENDANT**

**IN THE 62ND JUDICIAL DISTRICT COURT**
**OF HOPKINS COUNTY, TEXAS**

### RETURN OF SERVICE

My name is **D'ANN WATHEN**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY,  TX 77009, U.S.A.

ON **Wednesday September 07, 2022 AT 12:08 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION, TRE 609(F) NOTICE, AND RULE 193.7 NOTICE** came to hand for service upon **PENSKE TRUCK LEASING CO., L.P. BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS, INC.**.

On **Friday September 09, 2022** at **10:31 AM** - The above named documents were hand delivered to: **PENSKE TRUCK LEASING CO., L.P. BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS, INC. @ 211 EAST 7TH STREET, SUITE 620**, **AUSTIN**, **TX 78701**, **in Person.** by delivering to Terri Tremblay, designated agent.

**FURTHER AFFIANT SAYETH NOT.**


STATE OF TEXAS                                              DECLARATION

"My name is **D'ANN WATHEN,** my date of birth is 12/21/1971 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Friday September 09, 2022**


 **/s/D'ANN WATHEN**                           **PSC#6602 EXP. 06/30/23**
Declarant                                              Appointed in accordance with State Statutes

**2022.09.682362**

Copy from re:SearchTX

Case 4:22-cv-00862-SDJ-CAN   Document 1-1   Filed 10/07/22   Page 22 of 28 PageID #: 22

CV45134   Filed 9/22/2022 11:09 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

David Gilmore



**Fee, Smith & Sharp LLP**

Texas Trial Attorneys

Dallas   Austin   Houston
Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, TX 75240  P 972-934-9100  F 972-934-9200
877-FEESMITH  FeeSmith.com

*Adam J. Strange*                                                         *astrange@feesmith.com*
*972-616-7612 Direct Dial*

                          September 22, 2022

**<u>Via E-File</u>**
Clerk
62nd Judicial District
118 Church Street
Sulphur Springs, TX  75482

          Re:     Cause No. CV45134; *Cory Anders v. Grind Trucking, LLC, Penske Truck Leasing
                  Co., L.P., and Gregory George Hills;* In the 62nd Judicial District,  Hopkins County,
                  Texas
                  Our File No.:  PRG.15344

Dear Clerk:

          We respectfully request a copy of all pleadings and documents that have been filed in the
above-referenced matter thus far.  We **do not** need any <u>certified</u> copies.

          Please forward these pleadings and documents to my assistant, Linda Hammon at
<u>Lhammon@feesmith.com</u> .  Should you need a Sharefile link to upload the documents, we can
provide you with one.

          Should you need anything further, please call my assistant, Linda Hammon at 972-980-3277.
Thanks for your assistance in this matter.

                                        Very truly yours,

                                        **FEE, SMITH & SHARP LLP**

                                        */s/ Adam J. Strange*

                                        **ADAM J. STRANGE**
                                        Senior Partner

AJS/lsh

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Linda Hammon on behalf of Adam Strange
Bar No. 24090763
lhammon@feesmith.com
Envelope ID: 68511689
Status as of 9/22/2022 1:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melissa Acosta | | macosta@perdueandkidd.com | 9/22/2022 11:09:27 AM | SENT |
| Adam JosephBlake | | ablake@perdueandkidd.com | 9/22/2022 11:09:27 AM | SENT |
| Donald H.Kidd | | dkidd@perdueandkidd.com | 9/22/2022 11:09:27 AM | SENT |

PRG.15344

## CAUSE NO. CV45134

| | | |
|---|---|---|
| CORY ANDERS, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | 62nd JUDICIAL DISTRICT |
| | § | |
| GRIND TRUCKING, LLC, PENSKE | § | |
| TRUCK LEASING CO., L.P., and | § | |
| GREGORY GEORGE HILLS, | § | |
| | § | |
| **Defendants.** | § | HOPKINS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **GRIND TRUCKING, LLC**, Defendant named in the above entitled and numbered cause, and files this its Original Answer, and for same would respectfully show unto the Court as follows:

### I.

### GENERAL DENIAL

1.       Defendant denies each and every, all and singular, the material allegations contained within Plaintiffs' pleadings and demands strict proof thereof.

### II.

### NOTICE OF SELF-AUTHENTICATION

2.       In accordance with Rule 193.7 of the Texas Rules of Civil Procedure, Defendant hereby provides written notice that he intends to use self-authenticated documents against Plaintiffs at any future pretrial proceeding, trial, or appeal in this matter.

### III.

### <u>JURY DEMAND</u>

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.  A jury fee has been paid on behalf of Defendants.

### IV.

### <u>DESIGNATED  EMAIL ADDRESS FOR SERVICE</u>

For this matter, the following is the undersigned attorneys' designation of electronic service email addresses, for all electronically served documents and notices, filed or service only, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a):

Michael P. Sharp – <u>msharp@feesmith.com</u>
Adam J. Strange – <u>astrange@feesmith.com</u>
Valerie Whitesell – <u>vwhitesell@feesmith.com</u>

<u>Service through any other email address will be considered invalid</u>, unless notified by the aforementioned individuals.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **GRIND TRUCKING, LLC** prays that the Plaintiff take nothing by this suit, that Defendant go hence with his costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show himself justly entitled.

Respectfully submitted,

FEE, SMITH & SHARP LLP

/s/  Michael P. Sharp

_____

**MICHAEL P. SHARP**
**State Bar No. 00788857**
**ADAM J. STRANGE**
**State Bar No. 24090763**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
*msharp@feesmith.com*
*astrange@feesmith.com*
**972-934-9100**
**972-934-9200 [Fax]**
**ATTORNEYS FOR DEFENDANT**
**GRIND TRUCKING, LLC**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, e-served, telecopied or hand delivered to all attorneys of record in this cause of action on October 3, 2022.

***Via E-File***
Donald H. Kidd
Adam J. Blake
Perdue & Kidd, LLP
777 Post Oak Boulevard
Suite 450
Houston, TX  77056

/s/ MICHAEL P. SHARP _____
**MICHAEL P. SHARP**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Linda Hammon on behalf of Michael Sharp
Bar No. 788857
lhammon@feesmith.com
Envelope ID: 68822353
Status as of 10/3/2022 10:52 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Donald H.Kidd | | dkidd@perdueandkidd.com | 10/3/2022 10:30:49 AM | SENT |
| Adam JosephBlake | | ablake@perdueandkidd.com | 10/3/2022 10:30:49 AM | SENT |
| Melissa Acosta | | macosta@perdueandkidd.com | 10/3/2022 10:30:49 AM | SENT |
| Valerie Whitesell | | vwhitesell@feesmith.com | 10/3/2022 10:30:49 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Linda Hammon on behalf of Michael Sharp
Bar No. 788857
lhammon@feesmith.com
Envelope ID: 68822353
Status as of 10/3/2022 10:52 AM CST

Associated Case Party:  LLC GRIND TRUCKING

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Sharp | | msharp@feesmith.com | 10/3/2022 10:30:49 AM | SENT |
| Adam J.Strange | | astrange@feesmith.com | 10/3/2022 10:30:49 AM | SENT |